✎JS 45 (5/97) - (Revised USAO MA 3/25/2011) Case 1:25-mj-05141-JGD Document 1-2 Filed 05/05/25 Page 1 of 2

**Criminal Case Cover Sheet**          U.S. District Court - District of Massachusetts

| | | |
|---|---|---|
| **Place of Offense:** Cambridge, MA | **Category No.** II | **Investigating Agency** HSI |
| **City** Cambridge, MA | | |
| **County** Middlesex | | |

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☑ No

**Defendant Information:**
Defendant Name: Christopher Allan Tisoy    Juvenile: ☐ Yes  ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No
Alias Name: _____
Address: _____
Birth date (Yr only): 1998    SSN (last 4#): _____    Sex: M    Race: _____    Nationality: Philippines
Defense Counsel if known: _____    Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Sandra Gonzalez Sanchez; Anne Paruti    Bar Number if applicable: 710352; 670356

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment
**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 5/5/2025    Signature of AUSA: *[signature]*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Christopher Allan Tisoy

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 2251(a) and (e) | Sexual exploitation of minors, and attempt and conspiracy | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

[blank box]

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013