IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 25-MJ-5141-JGD |
| ) | |
| Joshua DeWitte and Christopher A. Tisoy, ) | |
| Defendants ) | |

### GOVERNMENT'S MOTION TO SEAL COMPLAINT

The United States Attorney hereby respectfully moves the Court to seal the complaint, supporting affidavit, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to arrest the defendants.

The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents that the United States Attorney has filed in the above-styled matter.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Sandra Gonzalez Sanchez*
Sandra Gonzalez Sanchez
Assistant U.S. Attorney
Date: May 5, 2025

SO ORDERED.

_____
HONORABLE JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE
**May 5, 2025**