IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 25-MJ-5141-JGD |
| | ) | |
| Joshua DeWitte and Christopher A. Tisoy, | ) | |
| Defendants | ) | |

GOVERNMENT'S MOTION TO UNSEAL
COMPLAINT

The United States of America respectfully moves this Court to unseal the complaint and complaint affidavit filed in this case. As grounds for this motion, the government states that the Defendants are in custody and that there is no further reason to keep those documents sealed.

The government also requests that Exhibit 1 (a sealed search warrant affidavit) remain under seal at this time because the document contains sensitive information. The government requests permission to provide a copy of Exhibit 1 to defense counsel in discovery.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Sandra Gonzalez Sanchez*
Sandra Gonzalez Sanchez
Assistant U.S. Attorney
Date: May 8, 2025

SO ORDERED.

_____
HONORABLE JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE